**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Western Division**

Jose Manuel Aldaba−Grijaldo
                          Plaintiff,

v.                                                   Case No.: 3:08−cv−50021
                                                   Honorable Frederick J. Kapala

Eric Bockelmann, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 12, 2008:

      MINUTE entry before Judge P. Michael Mahoney :Status hearing held. Plaintiff's counsel does not appear. Status hearing set for 3/26/2008 at 01:30 PM. Counsel to appear. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.