35/08-5825.DT/kda

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JOSE MANUEL ALDABA-GRIJALDO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 08 C 50021 |
| City Of Marengo Police Officer, ERIC BOCKELMANN, Individually; UNKNOWN CITY OF MARENGO POLICE OFFICERS, Individually; and the CITY OF MARENGO, | ) ) ) ) ) ) ) |
| Defendant. | ) |

**PARTIES' PROPOSED CASE MANAGEMENT ORDER**

I. Pursuant to Fed. R. Civ. P. 26(f), a telephone conference was held on April 28, 2008 and was attended by:

    Michael Oppenheimer for the Plaintiff;
    Kristen D. Alkire for Defendants.

II.  The Fed. R. Civ. P. 26(a)(1) material will be exchanged by May 28, 2008.

III.  Alternative Dispute Resolution Mediation.  Counsels hereby certify that their clients have read or will read the Pamphlet governing the court's mediation program, that counsels have discussed or will discuss with their respective clients the available dispute resolution options provided by the court and private entities, and that counsels have given or will give an estimation of the fees and costs that would be associated with the litigation of this matter, through trial, to their clients.  Further, counsels have provided or will provide to their clients an estimate of the fees and expenses reasonably expected to be incurred through an early successful mediation.  Counsels certify that they have discussed or will discuss the available ADR options with their clients and have considered or will consider how this case might benefit from those options.  Lastly, if this is a fee shifting case, defense counsels certify they have discussed or will discuss the advantages and disadvantages of making a Rule 68 offer of judgment.

☐    Parties have agreed on early mediation. *(name) has been chosen as the mediator.  The mediation shall be held within 60 days of this order.  Discovery shall be stayed during the 60 days of referral.  Pursuant to ADR local rules, this case is hereby referred to mediation.  Counsels and parties will submit evaluations to the Court within ten days of the conclusion of mediation.

☐     Parties have agreed on mediation.  *(name) has been chosen as the mediator.  The parties believe the best time to mediate would be * and request the matter be referred to mediation at that time.  Counsels and parties will submit mediation evaluations to the Court within ten days of the conclusion of mediation.

☐     Parties request an immediate settlement conference with the Magistrate Judge.

☐     Parties plan to utilize private ADR.  (Parties shall explain the private ADR and when it will take place.)

X     Parties request this case be excused from ADR at this time with the issue to be revisited after discovery has been completed and/or after a demand has been received from Counsel for Plaintiff.

IV. Discovery Plan.  The parties jointly propose to the court the following discovery plan:

    A)  Discovery will be needed on the following subjects:

        1)  The murder of Verna Corcoran;
        2)  The investigation into the murder of Verna Corcoran;
        3)  The pursuit of Jose Manuel Aldaba-Grijaldo, also known as Aldava-Grijaldo;
        4)  Whether the actions of Officer Bockelmann or any other Officer were reasonable;
        5)  Whether the action of any Officer proximately caused Aldava-Grijaldo's injuries;
        6)  Whether Officer Bockelmann or any other Officer failed to provide immediate medical attention; and
        7)  Plaintiff's damages.

    B)  Maximum of 25 interrogatories by each party to any other party.

    C)  Maximum of 25 requests for admission by each party to any other party.

    D)  Maximum of 10 depositions by Plaintiff and 10 by all Defendants.

    E)  Each deposition, other than the parties and Rule 30(b)(6) witnesses shall be limited to a maximum of 4 hours unless extended by agreement of the parties.  The depositions of parties and Rule 30(b)(6) witnesses shall be limited to no more than 7 hours unless extended by agreement of the parties.

    F) Fact discovery cut-off is set for January 23, 2009.

    G) The court reserves the scheduling of expert discovery pursuant to Rule 26(a)(2).

    H) The final discovery cut-off is reserved.

I) Time for the parties to amend pleadings and add counts or parties is hereby established as June 27, 2008.

J) The parties suggest the next discovery conference with the Court be July 30, 2008 at 1:30 p.m.

All dispositive motions will be due 30 days after the fact discovery cut-off date unless otherwise ordered by the court and the parties agree pleadings, motions and briefs may be exchanged by e-mail, facsimile or other electronic means.

/s/ Michael Oppenheimer                    /s/ Kristen D. Alkire
Michael Oppenheimer                         Kristen D. Alkire, Esq.
Attorney for Plaintiff                             Attorney for Defendants


KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
Attorney for Defendants
2860 River Road, Suite 400
Des Plaines, IL  60018-6009
847/298-8000; FAX: 847/298-8014
EMAIL: Kalkire@khkklaw.com
5825 Proposed CMO 08-04-24